IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAWN TRAVERS,

      Plaintiff(s),   Civil No. 01-1206-JO

  v,         ORDER OF DISMISSAL

McKINSTRY CO., et al.,

      Defendant(s).

   The Court having been informed by counsel for the parties that this action has been settled,

   IT IS HEREBY ORDERED this action is dismissed with prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pretrial conference set for 10/28/02, and trial set for 11/12/02, are stricken.

   DATED:  July 26, 2002

               /s/ Cindy A. Schultz
              CINDY A. SCHULTZ
              DEPUTY COURT CLERK